# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**JOHN JAY HUMPHREY**

                               *Plaintiff*

          VS.                         5:05-CV-795 (NAM/GJD)

**RESCUE MISSION**

                               *Defendant*

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the action is dismissed pursuant to 28 USC section 1915 (e)(2)(B) and Rule 5.4(a) of the Local Rules of the Northern District of New York.

All of the above pursuant to the Order of the Honorable Judge Norman A. Mordue, dated the 14th day of July, 2005.

| | |
|---|---|
| **JULY 15, 2005** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | **s/** |
| | _____ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |